THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| MELVIN ADIEL AMAYA-CARTAGENA, | CASE NO. C18-0879-JCC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KIRSTEN NIELSEN, *et al.*, | |
| Respondents. | |

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss (Dkt. No. 7) is GRANTED.

(3) Petitioner's motion for stay of removal (Dkt. No. 2) is DENIED as moot.

(4) Petitioner's habeas petition (Dkt. No. 1) is DENIED, and this action is DISMISSED with prejudice.

//

//

//

//

ORDER
C18-0879-JCC
PAGE - 1

1      DATED this 5th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0879-JCC
PAGE - 2